# JACOBS & CRUMPLAR, P. A.
### ATTORNEYS AT LAW
2 EAST 7TH STREET
P. O. BOX 1271
WILMINGTON, DELAWARE 19899
(302) 656-5445
FAX (302) 656-5875

ROBERT JACOBS*
THOMAS C. CRUMPLAR +
ELIZABETH B. LEWIS +◊
DAVID A. ARNDT

* ALSO ADMITTED U. S. PATENT OFFICE
  DISTRICT OF COLUMBIA BAR
+ ALSO ADMITTED NEW JERSEY
◊ ALSO ADMITTED PENNSYLVANIA BAR



MILLSBORO, DE OFFICE
(302) 934-9700

May 2, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE  19801

RE:   Kavanagh v. Recaro
      C. A. No. 98-556-JJF

Dear Judge Farnan:

Please be advised that the parties have settled the above matter. We are in the process of preparing a settlement agreement so that the case can be dismissed. I will give you a status report in thirty (30) days.

Respectfully,

Robert Jacobs

RJ/lg
Cc:   Armand Della Porta, Esquire (Via Regular U.S. Mail)
      Clerk of the District Court (Via Regular U.S. Mail)

F:\WP70\Tortcase\KAVANAGH\juanita\Ltrsmem\042105_LtrJudgeFarnan re case settl rj.doc