IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUANITA L. KAVANAGH, and<br>GERARD KAVANAGH, JR.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEIPER RECARO SEATING, INC.,<br>et al.,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:　Civil Action No.98-556-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

WHEREAS, the Court has been advised by Robert Jacobs, Esq. on May 2, 2005 that this matter has settled;

NOW THEREFORE, IT IS ORDERED that this case is **CLOSED** administratively. The parties shall file a Stipulation of Dismissal which may include the terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen this matter upon the application of any party.

May 23, 2005　　　　　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE