# JACOBS & CRUMPLAR, P. A.

ATTORNEYS AT LAW
2 EAST 7TH STREET
P. O. BOX 1271
WILMINGTON, DELAWARE 19899
(302) 656-5445
FAX (302) 656-5875

ROBERT JACOBS*
THOMAS C. CRUMPLAR +
ELIZABETH B. LEWIS +◊
DAVID A. ARNDT

* ALSO ADMITTED U. S. PATENT OFFICE
  DISTRICT OF COLUMBIA BAR
+ ALSO ADMITTED NEW JERSEY
◊ ALSO ADMITTED PENNSYLVANIA BAR

MILLSBORO, DE OFFICE
(302) 934-9700

June 2, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, Delaware   19801

**RE:  Kavanagh v. Recaro**
      **C. A. No. 98-556-JJF**

Dear Judge Farnan:

    It has now been thirty (30) days since I informed the Court that the above case is settled. I have just received word from Mr. Della Porta that his client, whose principle business is in Germany, has sent back the mutual settlement agreement executed by the company. At this point, the settlement funds have not been wired or transferred. I would hope that within the next thirty (30) days this will come to fruition. I apologize for the delay, but as a result of the defendant being a German company, this is taking some time. If there are any questions, please have your secretary or clerk call me.

Respectfully,

Robert Jacobs
Attorney for Plaintiff

RJ/ld

F:\WP70\Tortcase\KAVANAGHjuanita\Ltrsmem\060105_Ltr. to J. Farnan re disbur.set.fund.rj.doc

cc:  Clerk of the District Court
    Armand J. Della Porta, Jr., Esquire